**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                                       Bankruptcy Case No.: 18−24856−CMB

Chapter: 13

**Lois Joyce Evans**
　　Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

　　Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 28, 2019**.

　　Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

　　The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

　　There is no fee for filing the proof of claim.

　　**Any creditor who has filed a proof of claim already need not file another proof of claim.**

　　Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                          Michael R. Rhodes
　U.S. Bankruptcy Court                                                                          *Clerk, U.S. Bankruptcy Court*
　c/o CLAIMS CLERK
　5414 U.S Steel Tower
　600 Grant Street
　Pittsburgh, PA 15219

Dated: 12/21/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
    Debtor  

Case No. 18-24856-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: admin   Page 1 of 1   Date Rcvd: Dec 21, 2018  
                     Form ID: 154A   Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db              +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239
14967622        +AAS Debt Recovery,    2526 Monroevilee Blvd Ste 205,    Monroeville, PA 15146-2371
14967623         American Express,    PO Box 1270,    Newark, NJ 07101-1270
14967626        +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14967627        +Global Connections,    5320 College Blvd,    Overland Park, KS 66211-1621
14967629        +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14967630        +North Allegheny School District,    200 Hillvue Lane,    Pittsburgh, PA 15237-5391
14967633        +PNC Bank National Assocation,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967634        +PNC Bank National Assocation,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967632        +Phelan Hallinan Diamond Jones,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                  Philadelphia, PA 19103-1823
14967635        +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                  700 Grant Street,    Pittsburgh, PA 15219-1906
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14967624         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 03:40:00      Capital One,
                  PO Box 71083,    Charlotte, NC 28272-1083
14967625        +E-mail/Text: bk.notifications@jpmchase.com Dec 22 2018 03:32:08      Chase Auto Finance,
                  PO Box 78050,    Phoenix, AZ 85062-8050
14967628        +E-mail/Text: cio.bncmail@irs.gov Dec 22 2018 03:32:06      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
14967631        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:32:13
                  Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 3
```