**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Lois Joyce Evans,<br><br>Debtor.<br>_____<br>Lois Joyce Evans,<br><br>Movant,<br><br>v.<br><br>PNC Bank, N.A.,<br><br>Respondent. | Bankruptcy Case No.: 18-24856-CMB<br><br>Chapter 13<br><br>Document No.:<br><br>Related to Document No.: 43 |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness at Document 40 on the following parties at the addresses listed below on March 20, 2019, via electronic mail and/or first-class mail postage prepaid:

Thomas Song, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
One Penn Center Plaza, Suite 1400
1617 JFK Boulevard
Philadelphia, PA  19103

PNC Bank, N.A.
ATTN: Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH  45342

PNC Bank, N.A.
ATTN: Payment Services
3232 Newmark Drive
Miamisburg, OH  45342

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  March 20, 2019          /s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086

(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com