Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lois Joyce Evans**
Debtor(s)

Bankruptcy Case No.: 18–24856–CMB
Issued Per Apr. 18, 2019 Proceeding
Chapter: 13
Docket No.: 50 – 22
Concil. Conf.: July 25, 2019 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 17, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 25, 2019 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue at Claim No. 1 .

☑ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The secured claim of JPMorgan Chase Bank at Claim No. 6 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

(3.)  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 18, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                          Case No. 18-24856-CMB
Lois Joyce Evans                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2               Date Rcvd: Apr 18, 2019
                              Form ID: 149                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 1251 Waterfront Place,   Mezzanine Level,    Pittsburgh, PA 15222-4227
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1956
14967622       +AAS Debt Recovery,    2526 Monroevilee Blvd Ste 205,   Monroeville, PA 15146-2371
14967623        American Express,    PO Box 1270,    Newark, NJ 07101-1270
14967626       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14980126       +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Ste. 205,    Monroeville, PA 15146-2371
14967627       +Global Connections,    5320 College Blvd,   Overland Park, KS 66211-1621
14967629       +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14967630       +North Allegheny School District,     200 Hillvue Lane,    Pittsburgh, PA 15237-5391
14985883       +PNC BANK, N.A.,    Attention: Bankruptcy Department,    3232 NEWMARK DRIVE,
                 MIAMISBURG OH 45342-5421
14967633       +PNC Bank National Assocation,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967634       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967632       +Phelan Hallinan Diamond Jones,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
14967635       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                 700 Grant Street,   Pittsburgh, PA 15219-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14967624        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:17:49     Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
14984213        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:18:04
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
14967625       +E-mail/Text: bk.notifications@jpmchase.com Apr 19 2019 02:20:41    Chase Auto Finance,
                 PO Box 78050,   Phoenix, AZ 85062-8050
14967628       +E-mail/Text: cio.bncmail@irs.gov Apr 19 2019 02:20:30    Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14989302        E-mail/Text: bk.notifications@jpmchase.com Apr 19 2019 02:20:41    JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
14972744        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:20:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14967631       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:20:51
                 Pennsylvania Department of Revenue,    PO Box 280946,   Harrisburg, PA 17128-0946
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              PNC BANK NATIONAL  ASSOCIATION
                                                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Apr 18, 2019
                               Form ID: 149                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:

        Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
        blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com

        James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com

        Jerome B. Blank    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION pawb@fedphe.com

        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
        Internal Revenue Service jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov

        Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
        Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

                                                                                                                                    TOTAL: 8