# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | LOIS JOYCE EVANS |
| **Case Number:** | 18-24856-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JULY 25, 2019  11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/26/19 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#22 - Final Confirmation of Plan Dated 1/17/2019 (NFC)
R / M #: 22 / 0

### Appearances:

Debtor: Lamm
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor: Locrnikar IRS

### Proceedings: Kwalchick - PA Revenue

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  11-7-19  at  11:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for LMP and for unfiled tax returns

7/16/2019  9:05:35AM