IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-24856CMB |
| Lois Joyce Evans ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #__58____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Lois Joyce Evans ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **September 11, 2019 at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **August 21, 2019.**

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 8-01-19 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24856-CMB
Lois Joyce Evans                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric                Page 1 of 2           Date Rcvd: Aug 02, 2019
                            Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db         +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239
cr         +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
             5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr         +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
             U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
             U.S.A. 15219-1956
14967622   +AAS Debt Recovery,    2526 Monroevilee Blvd Ste 205,    Monroeville, PA 15146-2371
14967623    American Express,    PO Box 1270,    Newark, NJ 07101-1270
14967626   +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14980126   +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc.,
             2526 Monroeville Blvd., Ste. 205,    Monroeville, PA 15146-2371
14967627   +Global Connections,    5320 College Blvd,    Overland Park, KS 66211-1621
14967629   +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
14967630   +North Allegheny School District,    200 Hillvue Lane,    Pittsburgh, PA 15237-5391
14985883   +PNC BANK, N.A.,    Attention: Bankruptcy Department,    3232 NEWMARK DRIVE,
             MIAMISBURG OH 45342-5421
14967633   +PNC Bank National Assocation,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967634   +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967632    Phelan Hallinan Diamond Jones,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103
14967635   +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
             700 Grant Street,    Pittsburgh, PA 15219-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14967624        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2019 02:39:39      Capital One,
             PO Box 71083,    Charlotte, NC 28272-1083
14984213        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2019 02:39:39
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
14967625       +E-mail/Text: bk.notifications@jpmchase.com Aug 03 2019 02:31:39      Chase Auto Finance,
             PO Box 78050,    Phoenix, AZ 85062-8050
14967628       +E-mail/Text: cio.bncmail@irs.gov Aug 03 2019 02:31:27      Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
14989302        E-mail/Text: bk.notifications@jpmchase.com Aug 03 2019 02:31:39      JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14972744        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2019 02:31:48
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14967631       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2019 02:31:48
             Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              PNC BANK NATIONAL   ASSOCIATION
15098384*      +PNC BANK, N.A.,    Attn: Bankruptcy Department,    3232 NEWMARK DRIVE,   MIAMISBURG OH 45342-5421
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: dric                  Page 2 of 2                   Date Rcvd: Aug 02, 2019
                                  Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
           Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
Department of Revenue akovalchick@attorneygeneral.gov
           Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
           James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
           Jerome B. Blank    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com
           Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
           Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                            TOTAL: 8