## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 18-24856-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 63 |
| v. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Bankruptcy Trustee, | : | **Hearing Date and Time:** |
| | : | September 11, 2019 at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of Debtor's Response to Trustee's Motion to Dismiss was served by First Class U.S. mail postage prepaid and/or electronic correspondence on September 9, 2019 on the parties listed below:

| | |
|---|---|
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |

Dated:  September 9, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com