# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Lois Joyce Evans, | : | Case No. 18-24856-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Lois Joyce Evans, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: |
| | : | |
| v. | : | |
| | : | **Hearing Date and Time:** |
| Ralph Minto, Jr., Esquire, | : | October 11, 2019 at 11:00 a.m. |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew C. Swenson, hereby certify that I served a copy of the Motion to Compel, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or first class, postage prepaid U.S. mail on September 9, 2019.

Ronda J. Winnecour
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219-2702

Ralph Minto, Jr.
Minto Law Group, LLC
Two Gateway Center
603 Stanwix Street, Suite 2025
Pittsburgh, PA 15222

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222-3721

Respectfully submitted,

Dated: September 9, 2019

By: /s/ Matthew Swenson
Matthew Swenson, Law Clerk
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile