# PROCEEDING MEMO

Date: 09/11/2019 10:00 am

In re: Lois Joyce Evans

Bankruptcy No. 18-24856-CMB
Chapter: 13
Doc. # 58

**Appearances:**

Movant(s): ~~Ronda J. Winnecour/~~ Pail/ ~~Katz/ DeSimone~~

Respondents: ~~Brian C. Thompson~~ Lemon

Creditor(s):    Loknicar

**Nature of Proceeding:** #58 Trustee's Motion to Dismiss

**Additional Pleadings:** #63 Response by Debtor; #66 Certificate of Service of Response

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
    Respondent(s) brief due _____ days
    Trustee's brief due _____ days

Pail: IRS filed claim that causes to exceed the debt limits.
Loknicar: 2017 was filed and IRS amended claim on 4/30/19. 2018 has not been filed and is on extension.
Lemon: attempting to get more information. Filed motion to compel turnover of documents from tax attorney to possibly object to claim.
Court will give 30 days but then likely to dismiss if not resolved. Need to know if not eligible for Chapter 13.
Continued to 10/11/19 at 10am.
Want 2018 filed now.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/11/19 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lois Joyce Evans  
      Debtor

Case No. 18-24856-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 11, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.  
db          +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
       Anthony T. Kovalchick     on behalf of Creditor     Office of Attorney General, Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov  
       Brian C. Thompson     on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com  
       James Warmbrodt     on behalf of Creditor     PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Jerome B. Blank     on behalf of Creditor     PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com  
       Jill Locnikar     on behalf of Creditor     United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov  
       Karina Velter     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                  TOTAL: 8