# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lois Joyce Evans, | : | Bankruptcy Case No.: 18-24856-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Lois Joyce Evans, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 67, 68 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | October 11, 2019 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO COMPEL RALPH MINTO, JR. TO TURNOVER DEBTOR'S FILE AND TAX RECORDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 9, 2019 at Document No. 67 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 68, Objections were to be filed and served no later than September 26, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 67 be entered by the Court.

Date: <u>September 27, 2019</u>           /s/ Brian C. Thompson
                                                                                     Brian C. Thompson, Esquire
                                                                                     Attorney for Debtor
                                                                                     PA ID No. 91197
                                                                                     THOMPSON LAW GROUP, P.C.
                                                                                     125 Warrendale Bayne Road, Suite 200
                                                                                     Warrendale, PA 15086
                                                                                     (724) 799-8404 Telephone
                                                                                     (724) 799-8409 Facsimile
                                                                                     bthompson@thompsonattorney.com