IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Lois Joyce Evans, | : | Case No. 18-24856-CMB |
| Debtor. | : | Chapter 13 |
| | : | Related to: Document No. 67 |
| Lois Joyce Evans, | : | **ENTERED BY DEFAULT** |
| Movant, | : | |
| v. | : | |
| Ralph Minto, Jr., Esquire, | : | |
| Respondent. | : | |

### ORDER

AND NOW, upon consideration of the Movant's Motion to Compel, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Respondent shall immediately turnover Debtor's entire file and any and all tax documents related to Debtor in Respondent's possession.

Date: September 30, 2019

BY THE COURT:

*/s/ Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/30/19 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 18-24856-CMB
Lois Joyce Evans                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Sep 30, 2019
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db            +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239
              +Ralph Minto, Jr.,    Minto Law Group, LLC,    Two Gateway Center,
                603 Stanwix Street, Suite 2025,    Pittsburgh, PA 15222-2800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
      Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov
      Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
    blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
      Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8