## PROCEEDING MEMO

**Date:** 10/11/2019 10:00 am

In re: Lois Joyce Evans

                                            Bankruptcy No. 18-24856-CMB
                                            Chapter: 13
                                            Doc. # 58

**Appearances:**

**Movant(s):** Ronda J. Winnecour/ Pail/ Katz/ DeSimone ✓

**Respondents:** ~~Brian C. Thompson~~ Rowan ✓ Rochumbaut

**Creditor(s):** Kavalchock

**Nature of Proceeding:** #58 Continued Hearing Re: Trustee's Motion to Dismiss

**Additional Pleadings:** #63 Response by Debtor

**Judge's Notes:**

**Outcome:** Case Dismissed w/o prejudice after application for compensation at Doc #94 is resolved.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/19 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA