### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lois Joyce Evans, | : | Bankruptcy Case No.: 18-24856-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 74, 75 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | November 6, 2019 at 11:00 a.m. |
| Respondent. | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 1, 2019 at Document No. 74 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 74, Objections were to be filed and served no later than October 18, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 74 be entered by the Court.

Date: October 22, 2019

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com