UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** LOIS JOYCE EVANS
- **Case Number:** 18-24856-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 07, 2019 11:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/12/19 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#22 - Continued Confirmation of Plan Dated 1/17/2019 (NFC)
  +Objections By: PA Department of Revenue
R / M #: 22 / 0

**Appearances:**

Debtor: Lemon

Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor: Kovalchik — PA R[ev]

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Case is dismissed But administratively open to deal with counsel fees.

10/30/201! 11:21:26AM