**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lois Joyce Evans** | : | Case No. 18−24856−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per Nov. 7, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 12th of November, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lois Joyce Evans
    Debtor

Case No. 18-24856-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2      Date Rcvd: Nov 12, 2019
                        Form ID: 309      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.

```
db          +Lois Joyce Evans,    113 Burry Avenue,    Bradfordwoods, PA 15015-1239
cr          +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
              Mezzanine Level,    Pittsburgh, PA 15222-4227
cr          +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
              5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr          +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
              U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
              U.S.A. 15219-1956
14967622    +AAS Debt Recovery,    2526 Monroevilee Blvd Ste 205,    Monroeville, PA 15146-2371
14967626    +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14980126    +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc.,
              2526 Monroeville Blvd., Ste. 205,    Monroeville, PA 15146-2371
14967627    +Global Connections,    5320 College Blvd,    Overland Park, KS 66211-1621
14967629    +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14967630    +North Allegheny School District,    200 Hillvue Lane,    Pittsburgh, PA 15237-5391
14985883    +PNC BANK, N.A.,    Attention: Bankruptcy Department,    3232 NEWMARK DRIVE,
              MIAMISBURG OH 45342-5421
14967633    +PNC Bank National Assocation,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967634    +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14967632     Phelan Hallinan Diamond Jones,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
              Philadelphia, PA 19103
14967635    +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
              700 Grant Street,    Pittsburgh, PA 15219-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14967623     EDI: AMEREXPR.COM Nov 13 2019 08:33:00     American Express,    PO Box 1270,
              Newark, NJ 07101-1270
14967624     EDI: CAPITALONE.COM Nov 13 2019 08:33:00     Capital One,    PO Box 71083,
              Charlotte, NC 28272-1083
14984213     EDI: CAPITALONE.COM Nov 13 2019 08:33:00     Capital One Bank (USA), N.A.,
              by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
14967625    +EDI: CAUT.COM Nov 13 2019 08:33:00     Chase Auto Finance,    PO Box 78050,
              Phoenix, AZ 85062-8050
14967628    +EDI: IRS.COM Nov 13 2019 08:33:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
14989302     EDI: CAUT.COM Nov 13 2019 08:33:00     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14972744     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 04:16:20
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14967631    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 04:16:20
              Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMORGAN CHASE BANK, N.A.
cr           PNC BANK NATIONAL   ASSOCIATION
15098384*   +PNC BANK, N.A.,    Attn: Bankruptcy Department,    3232 NEWMARK DRIVE,    MIAMISBURG OH 45342-5421
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: 309            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

```
          Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General, Pennsylvania
           Department of Revenue akovalchick@attorneygeneral.gov
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brian C. Thompson    on behalf of Debtor Lois Joyce Evans bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION pawb@fedphe.com
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```