**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LOIS JOYCE EVANS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24856<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2018 and confirmed on 04/18/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,724.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,724.32 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,399.76 | |
| Trustee Fee | 2,230.90 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,630.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| INTERNAL REVENUE SERVICE* | 228,658.00 | 0.00 | 879.38 | 879.38 |
| Acct: 9338 | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 20,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 39,609.73 | 0.00 | 152.33 | 152.33 |
| Acct: 9338 | | | | |
| PNC BANK NA | 0.00 | 2,679.73 | 0.00 | 2,679.73 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 34,129.76 | 0.00 | 34,129.76 |
| Acct: 5596 | | | | |
| PNC BANK NA | 96,616.25 | 0.00 | 0.00 | 0.00 |
| Acct: 5596 | | | | |
| JPMORGAN CHASE BANK NA | 39,749.04 | 5,795.36 | 1,457.10 | 7,252.46 |
| Acct: 4403 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5596 | | | | |
| | | | | 45,093.66 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOIS JOYCE EVANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,250.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 216,912.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9338 | | | | |
| THOMPSON LAW GROUP PC | 4,399.76 | 4,399.76 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX1/19 | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST NATIONAL BANK OF PA(*) | 571.77 | 0.00 | 0.00 | 0.00 |
| Acct: 5857 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 132.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7063 | | | | |
| FIRST CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLOBAL CONNECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RALPH MINTO, ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,018,595.87 | 0.00 | 0.00 | 0.00 |
| Acct: 9338 | | | | |
| COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                           45,093.66

TOTAL CLAIMED
PRIORITY           216,912.91
SECURED            424,633.02
UNSECURED        2,019,300.33

Date: 12/06/2019                           /s/ Ronda J. Winnecour
                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
                                           SUITE 3250 US STEEL TWR
                                           PITTSBURGH, PA  15219
                                           (412) 471-5566
                                           cmecf@chapter13trusteewdpa.com